UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METRO SERVICES ORGANIZATION,

    Plaintiff,

vs.

ABM INDUSTRIES, INC.,

    Defendant.

Case No: 10-10226

Hon. Patrick J. Duggan
Magistrate Judge Mark A. Randon

| Christopher A. Andreoff (P10193) | Thomas M. Dixon (P41870) |
|---|---|
| Benjamin J. McCracken (P68776) | D. Peter Valiotis (P68499) |
| JAFFE, RAITT, HEUER & WEISS, PC | CLARK HILL PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 27777 Franklin Rd., Ste. 2500 | 500 Woodward Ave., Ste. 3500 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 351-3000 | (313) 965-8300 |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

At a Session of said Court, held in the Theodore Levin
United States Courthouse in Detroit, Michigan on this
13th day of September, 2010.

PRESENT: Hon. Patrick J. Duggan
United States District jJudge

Upon the stipulation of counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint and the within causes of action be and hereby is DISMISSED WITH PREJUDICE and without costs to either party.

This is a final order that disposes of all claims in this lawsuit and closes this case.

IT IS SO ORDERED.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: September 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2010, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager

**STIPULATED AS TO FORM**
**AND SUBSTANCE:**

| JAFFE, RAITT, HEUER & WEISS, PC | CLARK HILL PLC |
|---|---|
| By:   s/Christopher A. Andreoff (w/ consent) | By:   s/D. Peter Valiotis |
|      Christopher A. Andreoff (P10193) |      Thomas M. Dixon (P41870) |
|      Benjamin J. McCracken (P68776) |      D. Peter Valiotis (P68499) |
|      Attorneys for Plaintiff |      Attorneys for Defendant |
|      27777 Franklin Rd., Ste. 2500 |      500 Woodward, Suite 3500 |
|      Southfield, MI  48034 |      Detroit, MI  48226 |
|      Date:  September 10, 2010 |      Date:  September 10, 2010 |